IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY CLIFTON, JR.,
    Petitioner,

vs.                                    Case No.  4:05cv358/MMP/EMT

JAMES R. McDONOUGH, et al.,
    Respondents.
_____/

## **O R D E R**

This cause is before the court on Respondents' answers (Docs. 27, 28) to the amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 20).  Respondents seek denial of the petition for writ of habeas corpus and cites authority in support of denial.  It now appears that the interests of justice would best be served by allowing Petitioner an opportunity to reply to the answers.

Accordingly, it is therefore **ORDERED**:

Petitioner shall reply to the answers (Docs. 27, 28) within **TWENTY (20) DAYS** from the date of docketing of this order.

**DONE AND ORDERED** this 12th day of June 2006.

                        /s/ *Elizabeth M. Timothy*
                        **ELIZABETH M. TIMOTHY**
                        **UNITED STATES MAGISTRATE JUDGE**