IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY CLIFTON, JR.,
    Petitioner,

vs.                                         Case No. 4:05cv358/MMP/EMT

JAMES R. McDONOUGH, et al.,
    Respondents.
_____/

## **ORDER**

This cause is before the court upon Petitioner's "Motion to Supplement Evidences Into the Records" (Doc. 44). Before the court rules on this matter, Respondents shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Respondents shall respond to Petitioner's motion within **THIRTY (30) DAYS** from the date of docketing of this order.

**DONE AND ORDERED** this 21st day of February 2007.

                                                  /s/ *Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **UNITED STATES MAGISTRATE JUDGE**