IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


HENRY CLIFTON, JR.,
    Petitioner,

vs.                            Case No. 4:05cv358/MMP/EMT

JAMES R. McDONOUGH, et al.,
    Respondents.
_____/

**O R D E R**

       This matter is before the court upon Petitioner's "Motion to Supplement Evidences' [sic] Into the Records" (Doc. 44), which the court construes as a motion to expand the record.  Respondents have filed a response in opposition to Petitioner's motion (Doc. 47).  Petitioner seeks to expand the record to include several criminal record reports purportedly obtained from the Federal Bureau of Investigation (*see* Doc. 44, Ex. A at 3–4, 6, 8–12).  Petitioner asserts that the documents are relevant to the issue of whether Petitioner's arrest was lawful.  Respondent opposes the motion and argues that the documents are irrelevant (Doc. 47 at 4–6).  A review of the amended petition reveals that Ground One asserts a challenge to the lawfulness of a warrant allegedly issued for Petitioner's arrest (Doc. 20 at 6).

       Rule 7 of the Rules Governing Section 2254 Cases provides that the court may direct that the record be expanded to include additional materials, including documents and exhibits, relevant to the determination of the merits of the petition.  Upon cursory review of the pleadings filed in the instant case, the court concludes that the documents may be relevant; therefore, the instant motion shall be granted to the extent that the court will expand the record to include the documents attached to Petitioner's motion.

Accordingly, it is **ORDERED**:

Petitioner's "Motion to Supplement Evidences' [sic] Into the Records" (Doc. 44), construed as a motion to expand the record, is **GRANTED**.  The motion is granted to the extent that the record shall be expanded to include the documents attached to Petitioner's motion, which are marked as "Exhibit A."

**DONE AND ORDERED** this 27th day of March 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**