IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


HENRY CLIFTON, JR.,
	Petitioner,

vs.	Case No. 4:05cv358/MMP/EMT

JAMES R. McDONOUGH, et al.,
	Respondents.
_____/

# O R D E R

This cause is before the court on Petitioner's "Motion to Response in Reply to Respondent's Joint Response" (Doc. 49), in which Petitioner takes issue with Respondent's response in opposition (Doc. 47) to Petitioner's motion to supplement the record (Doc. 44). Initially, the court notes that the instant motion is deficient because no reply memoranda may be filed absent a showing of good cause and upon leave of the court. N.D. Fla. Loc. R. 7.1(C)(2). In addition, this court previously granted Petitioner's motion to expand the record (*see* Doc. 48). Therefore, the instant motion concerning Respondent's response appears to be moot and shall considered only for the purpose of denying it as such.

Accordingly, it is **ORDERED**:

Petitioner's Motion to Response in Reply to Respondent's Joint Response (Doc. 49) is **DENIED as moot**.

**DONE AND ORDERED** this 4th day of April 2007.


	/s/  *Elizabeth M. Timothy*
	**ELIZABETH M. TIMOTHY**
	**UNITED STATES MAGISTRATE JUDGE**