IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


HENRY CLIFTON, JR,

     Petitioner,

v.                                  CASE NO. 4:05-cv-00358-MP-EMT

JAMES V CROSBY, JR,
FLORIDA PAROLE COMMISSION,
JAMES R MCDONOUGH,
ARTHUR WILLIAMS, JR,

     Respondents.

_____/

## O R D E R

     This matter is before the Court on Doc. 60, Petitioner's Motion for Enlargement of Time

for Objections.  The motion is granted, and Petitioner shall have until Friday, October 31, 2008,

to file objections to the Report and Recommendation.


     **DONE AND ORDERED** this _17th_ day of September, 2008


          *s/Maurice M. Paul*

          Maurice M. Paul, Senior District Judge