IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY CLIFTON, JR.,
     Petitioner,

vs.                               Case No. 4:05cv358/MMP/EMT

FLORIDA PAROLE COMMISSION, et al.,
     Respondents.
_____/

## ORDER

     This cause is before the court upon Petitioner's "Motion for Leave and/or Delay of Any Further Court's Decisions" (Doc. 62; *see also* Doc. 66).  Before the court rules on this matter Respondent, Florida Parole Commission, shall have an opportunity to respond.

     Accordingly, it is **ORDERED**:

     Respondent, Florida Parole Commission, shall respond to Petitioner's motion within **TWENTY (20) DAYS** from the date of docketing of this order.

     **DONE AND ORDERED** this 30th day of December 2008.


                    */s/ Elizabeth M. Timothy*
                    **ELIZABETH M. TIMOTHY**
                    **UNITED STATES MAGISTRATE JUDGE**