IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY CLIFTON, JR.,
    Petitioner,

vs.                              Case No. 4:05cv358/MMP/EMT

FLORIDA PAROLE COMMISSION, et al.,
    Respondents.
                                         /

## ORDER

This cause is before the court upon Petitioner's "Motion for Response/Reply to the Court's Order" (Doc. 72). Petitioner filed the instant motion in response to the undersigned's order requiring Petitioner to either submit a copy of the order of the North Carolina State Court, ruling on Petitioner's "Complaint for Extraordinary Relief and Declaratory Judgment," or submit a copy of the docket entry and/or calendar notice for the next hearing date. Petitioner indicated that his hearing date was continued and submitted a copy of a "Clean-up Calendar Notice" which states that his hearing was re-scheduled to February 12, 2009, at 2:02 p.m. (*id.* at 12).

Since the date of the North Carolina hearing has now passed, Petitioner shall submit a copy of the North Carolina Superior Court's order on Petitioner's "Complaint for Extraordinary Relief and Declaratory Judgment."

Accordingly, it is **ORDERED** that:

Petitioner shall submit the information from the North Carolina Superior Court, as outlined in the body of this order, within **TWENTY (20) DAYS** from the date of docketing of this order.

**DONE AND ORDERED** this 18th day of February 2009.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**