IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY CLIFTON, JR.,
    Petitioner,

vs.　　　　　　　　　　　　　　　　　　　　Case No. 4:05cv358/MMP/EMT

FLORIDA PAROLE COMMISSION, et al.,
    Respondents.
　　　　　　　　　　　　　　　　　　　　/

## ORDER

On March 23, 2009, this court issued an order directing Petitioner to submit a copy of the North Carolina Superior Court's order on Petitioner's "Complaint for Extraordinary Relief and Declaratory Judgment" on or before April 20, 2009 (Doc. 77).  This cause is now before the court upon Petitioner's "Response to Court's Order" (Doc. 78).  Petitioner states, in essence, that no order has been issued on the North Carolina case and that the matter is not yet scheduled on the docket for any further proceedings (*id.*).  Thus, he cannot provide the order as directed by this court (*id.*).

Having considered the matter, the court concludes that the interests of justice would best be served by requiring Petitioner to provide this court with a complete and identical copy of the Complaint for Extraordinary Relief and Declaratory Judgment, filed in the North Carolina court.[1]

Accordingly, it is **ORDERED** that:

Within **TWENTY (20) DAYS** from the date of docketing of this order, Petitioner shall file with the court a complete and identical copy of the Complaint for Extraordinary Relief and Declaratory Judgment.

**DONE AND ORDERED** this 14th day of May 2009.

                          /s/ *Elizabeth M. Timothy*
                          **ELIZABETH M. TIMOTHY**
                          **UNITED STATES MAGISTRATE JUDGE**

---

[1] The court notes that Petitioner filed an earlier pleading (Doc. 62), in which he stated that a copy of the complaint was attached as Exhibit B.  Upon review, however, Exhibit B contains only the first page of Petitioner's complaint (*see id.*, Ex. B).